# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERONICA CONNOR, individually and on behalf of all others similarly situated**<br><br>v.<br><br>**UNIFUND CCR, LLC** | **CIVIL ACTION**<br><br>**NO. 19-1375** |

## ORDER RE: MOTION TO DISMISS

AND NOW, this 27th day of June, 2019, upon consideration of Defendant Unifund CCR, LLC's Motion to Dismiss Plaintiff Veronica Connor's Complaint (ECF 3), and all briefs and exhibits related to the Motion, and for the reasons set out in the accompanying Memorandum, it is hereby ORDERED that Defendant Unifund's Motion is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 19\19-1375 Connor v Unifund CCR, LLC\19cv1375 Order re Mot to Dismiss